IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                CASE NO. 1:97-cr-00015-MP

ROBERT L. KING,

    Defendants.
_____/

**O R D E R**

On May 24, 2006, the undersigned ordered that a warrant be issued for the defendant's arrest. The court has now learned that defendant has voluntarily checked himself into the Detox Unit at Meridian Behavioral Healthcare. Accordingly, the warrant for defendant's arrest is hereby rescinded. The Clerk is directed to issue a summons requiring the defendant to appear before this court on Thursday, July 6, 2006, at 2:00 p.m. Furthermore, the Clerk is directed to forward a certified copy of this order to the United States Marshals Office.

**DONE AND ORDERED** this  *31st* day of May, 2006

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge