IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 1:97CR15 MMP

ROBERT KING

    Defendant
_____/

### ORDER APPOINTING CJA PANEL ATTORNEY

The above named defendant who appeared before this Court, having been examined by the undersigned and the Court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is

ORDERED:

**Stan Cushman, PO Box 23109, Gainesville, FL 32603, (352) 376-5242**, is appointed to represent this defendant and serve as *temporary* counsel ~~of record~~ in the above-styled proceedings.

DONE AND ORDERED this 30 day of June, 2006.

_____
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE